UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ALEA BLAKE COOPER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00036 |
| | ) | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 25) recommending that the Court deny Alea Blake Cooper's Motion for Judgment on the Administrative Record (Doc. No. 22) and affirm the decision of the Social Security Agency Commissioner (the "Commissioner").[1] No objections have been filed. If there are no objections, the district court is not required to review the R&R *de novo*, and should "adopt the magistrate's findings and rulings to which no specific objection is filed." Benson v. Walden Sec., No. 3:18-cv-0010, 2018 WL 6322332, at *3 (M.D. Tenn. Dec. 4, 2018) (citing Thomas v. Arn, 474 U.S. 140 (1985)); see also Frias v. Frias, No. 2:18-cv-00076, 2019 WL 549506, at *2 (M.D. Tenn. Feb. 12, 2019).

The Court has nonetheless reviewed the R&R and the file in accordance with Rule 72 of the Federal Rules of Civil Procedure. Accordingly, the Magistrate Judge's Report and

---

[1] When Cooper originally brought this action, Andrew Saul was Commissioner of the Social Security Administration. However, on July 9, 2021, Kilolo Kijakazi assumed the role in an acting capacity. Accordingly, pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Kijakazi for Saul. See Fed. R. Civ. P. 25(d).

Recommendation (Doc. No. 25) is **APPROVED** and **ADOPTED**. Cooper's Motion for Judgment on the Administrative Record (Doc. No. 22) is **DENIED**, the Commissioner's decision is **AFFIRMED**, and this action is **DISMISSED**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE